AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 U.S.C. Sections 1326(a) and (b) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

**DEFENDANT - U.S.**
▶ PRIMITIVO GUTIERREZ-MONTELONGO

**DISTRICT COURT NUMBER**
CR08-0065 CW

FILED FEB - 7 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y   ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   WADE M. RHYNE, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges     } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
Santa Clara Jail

Has detainer been filed?   ☐ Yes  ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year   1/24/2008

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS   ☑ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

E-filing

FILED
2008 FEB -7 PM 4:34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

PRIMITIVO GUTIERREZ-MONTELONGO (a/k/a Jose Luis Gutierrez, a/k/a Jose Luis Montelongo, a/k/a Jose Luis Gutierrez Montelongo, a/k/a Pedro Lopez),

CR08-0065

DEFENDANT.

# INDICTMENT

8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found in the United States

A true bill.

_____ Foreman

Filed in open court this 7th day of February 2008

_____ Clerk

Bail, $ No bail arrest warrant.
Wayne D. Brazil 2-7-08

E-filing

JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>PRIMITIVO GUTIERREZ-<br>MONTELONGO (a/k/a Jose Luis<br>Gutierrez, a/k/a Jose Luis Montelongo,<br>a/k/a Jose Luis Gutierrez Montelongo,<br>a/k/a Pedro Lopez),<br><br>    Defendant. | Criminal No.:<br><br>CR08-0065<br><br>VIOLATION: 8 U.S.C. §§ 1326(a) and (b) –<br>Deported Alien Found in the United States<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

1.  Prior to September 30, 1997, the defendant, PRIMITIVO GUTIERREZ-MONTELONGO (a/k/a Jose Luis Gutierrez, a/k/a Jose Luis Montelongo, a/k/a Jose Luis Gutierrez Montetongo, a/k/a Pedro Lopez), was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2.  On or about September 30, 1997, the defendant, PRIMITIVO GUTIERREZ-

INDICTMENT

1  MONTELONGO (a/k/a Jose Luis Gutierrez, a/k/a Jose Luis Montelongo, a/k/a Jose Luis
2  Gutierrez Montetongo, a/k/a Pedro Lopez), was removed, excluded, and deported from the
3  United States.
4       3.    After September 30, 1997, the defendant, PRIMITIVO GUTIERREZ-
5  MONTELONGO (a/k/a Jose Luis Gutierrez, a/k/a Jose Luis Montelongo, a/k/a Jose Luis
6  Gutierrez Montetongo, a/k/a Pedro Lopez), knowingly and voluntarily reentered and remained in
7  the United States.
8       4.    On or about January 23, 2008, in the Northern District of California, the defendant,
9              PRIMITIVO GUTIERREZ-MONTELONGO
       (a/k/a Jose Luis Gutierrez, a/k/a Jose Luis Montelongo, a/k/a Jose Luis Gutierrez Montetongo,
10                            a/k/a Pedro Lopez),
11 an alien, was found in the United States without having obtained the express consent of the
12 Attorney General or the Secretary of the Department of Homeland Security to reapply for
13 admission into the United States, in violation of Title 8, United States Code, Sections 1326(a)
14 and (b).
15 //
16 DATED: February 7, 2008                    A TRUE BILL.
17
18                                             FOREPERSON
19
20 JOSEPH P. RUSSONIELLO
   United States Attorney
21
22 W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
23
24 (Approved as to form:  _____ )
                AUSA WADE M. RHYNE
25
26
27
28

INDICTMENT                               2