**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Criminal Minute Order**


**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 3/12/08**

**Plaintiff:**  United States

**v.**                                        **No.** CR-08-00065 CW

**Defendant:**  Primitivo Gutierrez-Montelongo (present - in custody
                                  interpreter used)


**Appearances for Plaintiff:**
Wade Rhyne

**Appearances for Defendant:**
Shawn Halbert

**Interpreter:**
Haydee Klaus (Spanish)

**Probation Officer:**


**Speedy Trial Date:**


**Hearing:  Trial Setting (initial app.)**

**Notes:**     This was the defendant's first appearance before District
Judge.  Defense anticipates change of plea; defense has received offer
but has not had a chance to talk to defendant about the offer.  **Case
continued to 4/2/08 at 2:00 for disposition or motions setting or
trial setting.**  Time excluded for effective preparation.


Copies to: Chambers