1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500

5  Counsel for Defendant GUTIERRIEZ-MONTELONGO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-0065 CW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO CONTINUE HEARING |
| | ) | DATE FROM APRIL 2, 2008 TO |
| PRIMITIVO GUTIERRIEZ-MONTELONGO, | ) | APRIL 30, 2008 AND FOR |
| | ) | EXCLUSION OF TIME |
| Defendant. | ) | |

Defendant Primitivo Gutierrez-Montelongo is scheduled to appear in court on Wednesday, April 2, 2008 at 2:00 p.m. for his first appearance before this Court. Defense counsel has requested additional time to investigate the case and obtain additional documents, consult with an immigration attorney regarding Mr. Gutierrez-Montelongo's A-file, meet with the client again after such investigation, and reach a resolution of the matter. Under the circumstances, government counsel does not object. The parties request that the matter be continued to April 30, 2008 or the next date convenient to the Court. The parties further stipulate and agree that the time between April 2, 2008 and April 30, 2008 or the next date selected by the Court, should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

- 1 -

1  For these reasons, the parties request that the Court order that this period of time should be
2  excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the
3  continuance is necessary to provide counsel for the defendant the reasonable time necessary for
4  effective preparation, taking into account the exercise of due diligence.
5  SO STIPULATED.
6  Dated:      April 1, 2008                    /S/

                                                _____
                                                SHAWN HALBERT
                                                Assistant Federal Public Defender
8  SO STIPULATED.
9  Dated:      April 1, 2008                    /S/

                                                _____
                                                WADE RHYNE
                                                Assistant United States Attorney

12  I hereby attest that I have on file all holograph signatures for any signatures indicated by
13  a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be continued from April 2, 2008 to April 30, 2008 at 2:00 p.m. for change of plea or setting.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from April 2, 2008 to April 30, 2008 shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: April __, 2008

CLAUDIA WILKEN
United States District Judge