1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500

5  Counsel for Defendant GUTIERREZ-MONTELONGO

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,                )   No. CR 08-0065 CW
                                            )
                            Plaintiff,      )
13                                          )   STIPULATION AND [PROPOSED]
                                            )   ORDER TO CONTINUE HEARING
       v.                                   )   DATE AND FOR EXCLUSION OF
14                                          )   TIME
   PRIMITIVO GUTIERREZ-                     )
15 MONTELONGO,                              )
                                            )
16                          Defendant.      )
                                            )

17

18        Defendant Primtivo Gutierrez-Montelongo is scheduled to appear in court on Wednesday,

19 April 30, 2008 at 2:00 p.m. for his first appearance before this Court.  Defense counsel has requested

20 additional time to investigate the case and to obtain additional documents from outside sources.

21 Additionally, as undersigned counsel will be taking an extended leave from the office, Mr.

22 Gutierrez-Montelongo will need to review his case, with the additional materials that the defense

23 hopes to obtain, with new counsel.  Under the circumstances, government counsel does not object.

24 Based on defense counsel's estimate regarding the length of time necessary to obtain records, the

25 parties request that the matter be continued to May 28, 2008 or the next available date convenient to

26 the Court.  The parties further stipulate and agree that the time between April 20, 2008 and May 28,

                                          - 1 -

2008 or the next date selected by the Court, should be excluded from calculations under the Speedy

Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv) because the continuance is necessary to provide

counsel for the defendant the reasonable time necessary for effective preparation, taking into account

the exercise of due diligence, and for continuity of counsel.

SO STIPULATED.

Dated:        April 28, 2008                         /S/
                                                    _____
                                                    SHAWN HALBERT
                                                    Assistant Federal Public Defender

SO STIPULATED.

Dated:        April 28, 2008                         /S/
                                                    _____
                                                    WADE RHYNE
                                                    Assistant United States Attorney

        I hereby attest that I have on file all holograph signatures for any signatures indicated by

a "conformed" signature (/S/) within this e-filed document.

**<u>ORDER</u>**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be continued from April 30, 2008 to May 28 23, 2008, at 2:00 p.m. for the first appearance in district court.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the need for continuity of counsel.  <u>See</u> 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from April 30, 2008 to May 28, 2008, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated:   April ___, 2008

_____
CLAUDIA WILKEN
United States District Judge