BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant GUTIERREZ-MONTELONGO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PRIMITIVO GUTIERREZ-MONTELONGO,<br>Defendant. | No. CR 08-0065 CW<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE AND FOR EXCLUSION OF TIME **AS MODIFIED** |

Defendant Primtivo Gutierriez-Montelongo is scheduled to appear in court on Wednesday, April 30, 2008 at 2:00 p.m. for his first appearance before this Court. Defense counsel has requested additional time to investigate the case and to obtain additional documents from outside sources. Additionally, as undersigned counsel will be taking an extended leave from the office, Mr. Gutierrez-Montelongo will need to review his case, with the additional materials that the defense hopes to obtain, with new counsel. Under the circumstances, government counsel does not object. Based on defense counsel's estimate regarding the length of time necessary to obtain records, the parties request that the matter be continued to May 28, 2008 or the next available date convenient to the Court. The parties further stipulate and agree that the time between April 20, 2008 and May 28,

2008 or the next date selected by the Court, should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv) because the continuance is necessary to provide counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel.

SO STIPULATED.

Dated: April 28, 2008 /S/

SHAWN HALBERT
Assistant Federal Public Defender

SO STIPULATED.

Dated: April 28, 2008 /S/

WADE RHYNE
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a “conformed” signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be continued from April 30, 2008 to **June 18, 2008**, at 2:00 p.m. for the first appearance in district court.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the need for continuity of counsel. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from April 30, 2008 to **June 18, 2008**, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: April 29, 2008

CLAUDIA WILKEN
United States District Judge