1    BARRY J. PORTMAN
     Federal Public Defender
2    NED SMOCK
     Assistant Federal Public Defender
3    19th Floor Federal Building-Box 36106
     450 Golden Gate Ave.
4    San Francisco, CA 94102
     Telephone:  (415) 436-7700
5
     Counsel for Defendant GUTIERREZ-MONTELONGO
6
7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          )    No. CR-08-0065 CW
                                        )
11                  Plaintiff,          )
                                        )
12   vs.                                )    NOTICE OF SUBSTITUTION OF
                                        )    ATTORNEY
13   PRIMITIVO GUTIERREZ-               )
     MONTELONGO,                        )
14                                      )
                    Defendant.          )
15   _____)

16          The Federal Public Defender was previously appointed as counsel for defendant in the

17   above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

18   undersigned counsel, Assistant Federal Public Defender Ned Smock, enters his general

19   appearance for defendant in place of Assistant Federal Public Defender Shawn Halbert.

20   Counsel's contact information is listed above.

21
     Dated: May 14, 2008
22                                      Respectfully submitted,

23                                      BARRY J. PORTMAN
                                        Federal Public Defender
24
                                                /S/
25
                                        NED SMOCK
26                                      Assistant Federal Public Defender

     Notice of Substitution of Attorney          1