UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: David Disbrow, pro tem**
**Date: 6/18/08**

**Plaintiff:**   United States

**v.**                                              **No.**   CR-08-00065 CW

**Defendant:**   Primitivo Gutierrez-Montelongo (present - in custody
                                                 interprter used)

**Appearances for Plaintiff:**
Wade Rhyne

**Appearances for Defendant:**
Ned Smock

**Interpreter:**
Ines Swaney (Spanish)

**Probation Officer:**


**Speedy Trial Date:**


          Hearing:   Disposition or Motions Setting or Trial Setting

**Notes:**     New AFP has recently been reassigned to case and needs to do investigation and further research.  **Case continued to 7/9/08 at 2:00 p.m. for disposition, motions setting or trial setting.**  Defense counsel to know at that time what, if any, motions will be filed. Time excluded for effective preparation and continuity of counsel.


Copies to: Chambers