1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   WADE M. RHYNE (CABN 216799)
    Assistant United States Attorney

5

6     1301 Clay Street, Suite 340-S
    Oakland, California 94612

7     Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724

8     E-Mail:     wade.rhyne@usdoj.gov

9   Attorneys for Plaintiff

10             UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12                OAKLAND DIVISION

13   UNITED STATES OF AMERICA,   )   No. CR-08-0065 CW
                            )

14        Plaintiff,        )   STIPULATED REQUEST TO CONTINUE
                            )   HEARING DATE TO AUGUST 13, 2008

15   v.                     )   AND TO EXCLUDE TIME UNDER THE
                            )   SPEEDY TRIAL ACT

16   PRIMITIVO GUTIERREZ-      )
    MONTELONGO (a/k/a Jose Luis Gutierrez, )

17   a/k/a Jose Luis Montelongo, a/k/a Jose Luis )   Date:      August 13, 2008
    Gutierrez Montelongo, a/k/a Pedro Lopez), )   Time:      2:00 p.m.

18                             )   Court:     Hon. Claudia Wilken
       Defendant.      )

19                             )
  _____)

20

21        The above-captioned matter is currently set on July 9, 2008 before this Court for motions

22   setting or disposition or trial setting.  The parties request that this Court continue the hearing to

23   August 13, 2008 at 2:00 p.m. and that the Court continue to exclude time under the Speedy Trial

24   Act between July 9, 2008 and August 13, 2008.

25        Pursuant to defendant's supplemental discovery request, the government is currently

26   locating copies of the audio recordings of defendants underlying deportations proceedings.

27   Those deportation proceedings culminated in deportations on March 12, 1987, July 26, 1989, and

28   September 30, 1997.  Accordingly, both parties require additional time to effectively prepare the

STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO AUGUST 13, 2008 AND TO EXCLUDE
TIME
No. CR-08-0065 CW

case for further disposition.  Therefore, the parties stipulate and request that the Court continue to

exclude time between July 9, 2008 and August 13, 2008 under the Speedy Trial Act for

reasonable time necessary for counsel to effectively prepare, pursuant to 18 U.S.C. §

3161(h)(8)(B)(iv).  The parties agree the ends of justice served by granting the continuance

outweigh the best interests of the public and the defendant in a speedy trial.


DATED: July 6, 2008


_____              /S/
                                                _____
WADE M. RHYNE                                   NED SMOCK
Assistant United States Attorney                Counsel for Primitivo Gutierrez-Montelongo
Counsel for United States


        I hereby attest that I have authorization to file this document on behalf of those

 individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed

document.

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11  UNITED STATES OF AMERICA,              )    No. CR-08-0065 CW
                                          )
12          Plaintiff,                    )    STIPULATED REQUEST TO CONTINUE
                                          )    HEARING DATE TO AUGUST 13, 2008
13      v.                                )    AND TO EXCLUDE TIME UNDER THE
                                          )    SPEEDY TRIAL ACT
14  PRIMITIVO GUTIERREZ-                  )
    MONTELONGO (a/k/a Jose Luis Gutierrez,)
15  a/k/a Jose Luis Montelongo, a/k/a Jose Luis )   Date:    August 13, 2008
    Gutierrez Montelongo, a/k/a Pedro Lopez), )    Time:    2:00 p.m.
16                                        )    Court:   Hon. Claudia Wilken
            Defendant.                    )
17                                        )
                                          )
18  _____)

19

20          The parties jointly requested that the hearing in this matter be continued from July 9,

21  2008 to August 13, 2008, and that time be excluded under the Speedy Trial Act between July 9,

22  2008 and August 13, 2008 to allow for the effective preparation of counsel for the reasons set

23  forth in the parties' stipulated request.  For these stated reasons, the Court finds that the ends of

24  justice served by granting the continuance outweigh the best interests of the public and the

25  defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §

26  3161(h)(8)(B)(iv),

27          **IT IS HEREBY ORDERED** that this matter is set for motions setting or disposition or

28  trial setting on August 13, 2008 at 2:00 p.m., and that time between July 9, 2008 and August 13,

STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO AUGUST 13, 2008 AND TO EXCLUDE
TIME
No. CR-08-0065 CW

1   2008 will continue to be excluded under the Speedy Trial Act to allow for the effective

2   preparation of counsel, taking into account the exercise of due diligence.

3

4   DATED:_____                    _____

5                                               HON. D. CLAUDIA WILKEN
                                                United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28