1
2                    UNITED STATES DISTRICT COURT
3                   NORTHERN DISTRICT OF CALIFORNIA
4                           OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PRIMITIVO GUTIERREZ-<br>MONTELONGO (a/k/a Jose Luis Gutierrez,<br>a/k/a Jose Luis Montelongo, a/k/a Jose Luis<br>Gutierrez Montelongo, a/k/a Pedro Lopez),<br><br>　　Defendant. | No. CR-08-0065 CW<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO AUGUST 13, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　August 13, 2008<br>Time:　2:00 p.m.<br>Court:　Hon. Claudia Wilken |

　　The parties jointly requested that the hearing in this matter be continued from July 9, 2008 to August 13, 2008, and that time be excluded under the Speedy Trial Act between July 9, 2008 and August 13, 2008 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

　　**IT IS HEREBY ORDERED** that this matter is set for motions setting or disposition or trial setting on August 13, 2008 at 2:00 p.m., and that time between July 9, 2008 and August 13, 2008 will continue to be excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

　　7/7/08
DATED:_____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. D. CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO SET CONTINUE HEARING TO AUGUST 13, 2008 AND TO EXCLUDE TIME
No. CR-08-0065 CW