1    BARRY J. PORTMAN
     Federal Public Defender
2    NED SMOCK
     Assistant Federal Public Defender
3    555 - 12th Street
     Suite 650
4    Oakland, CA 94607-3627
     Telephone:  (510) 637-3500
5
     Counsel for Defendant PRIMITIVO GUTIERREZ-MONTELONGO
6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    No. CR-08-0065 CW
                                        )
12               Plaintiff,             )    **STIPULATION AND [PROPOSED]**
                                        )    **ORDER FOR CONTINUANCE AND**
13   vs.                                )    **EXCLUSION OF TIME UNDER THE**
                                        )    **SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET.**
14   PRIMITIVO GUTIERREZ-MONTELONGO,)    **SEQ.**
                                        )
15               Defendant.            )    Current Date: August 13, 2008
     _____)    Requested Date: September 3, 2008
16

17          The parties in the above-captioned matter are scheduled to appear before the Court on

18   August 13, 2008.  The parties stipulate and agree that the matter should be continued to

19   September 3, 2008 because in response to a discovery request, earlier this week the government

20   turned over six audiotapes of Mr. Gutierrez-Montelongo's previous deportation proceedings.

21   The defense needs time to review these audiotapes and perform legal research to determine

22   whether there is any basis to challenge the underlying deportations.  Mr. Gutierrez-Montelongo is

23   charged with illegal reentry into the country in violation of 8 U.S.C. § 1326.

24          For the foregoing reasons, the parties further stipulate and agree that the ends of justice

25   are served by the continuance requested herein outweigh the best interest of the public and the

26   defendant in a speedy trial because the failure to grant the continuance would deny the counsel

1  for the defendant the reasonable time necessary for effective preparation and would deny the

2  defendant continuity of counsel, taking into account the exercise of due diligence.  The parties

3  therefore stipulate and agree that time should be excluded pursuant to 18 U.S.C. §§

4  3161(h)(8)(A) and (B)(iv).

5

6   August 7, 2008                                             /s/ Ned Smock
   Date                                          Ned Smock
7                                                Assistant Federal Public Defender

8   August 7, 2008                                  /s/ Wade Rhyne

9  Date                                          Wade M. Rhyne
                                                 Assistant United States Attorney
10

11         I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this e-filed document.
12
13         Based on the reasons provided in the stipulation of the parties above, the Court hereby

14  FINDS that the ends of justice served by the continuance requested herein outweigh the best

    interest of the public and the defendant in a speedy trial because the failure to grant the
15
    continuance would deny the counsel for the defendant the reasonable time necessary for effective
16
    preparation and deny the defendant continuity of counsel, taking into account the exercise of due
17
    diligence.  The Court makes this finding because defense counsel needs time to review the details
18
    of the defendant's previous deportations and research possible defenses.
19
           Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter
20
    is continued to September 3, 2008, and that time is excluded from August 13, 2008 to September
21
    3, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).
22
           IT IS SO ORDERED.
23

24

25  _____          _____
    Date                                          Honorable Claudia Wilken
                                                 Judge, United States District Court
26                                               Northern District of California