1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant PRIMITIVO GUTIERREZ-MONTELONGO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   No. CR-08-0065 CW
                                   )
12             Plaintiff,          )   **STIPULATION AND ORDER FOR**
                                   )   **CONTINUANCE AND EXCLUSION OF**
13 vs.                             )   **TIME UNDER THE SPEEDY TRIAL**
                                   )   **ACT, 18 U.S.C. 3161 ET. SEQ.**
14 PRIMITIVO GUTIERREZ-            )
   MONTELONGO,                     )   Current Date: August 13, 2008
15                                 )   Requested Date: September 3, 2008
               Defendant.          )
16 _____

17
        The parties in the above-captioned matter are scheduled to appear before the Court on
18
   August 13, 2008. The parties stipulate and agree that the matter should be continued to
19
   September 3, 2008 because in response to a discovery request, earlier this week the government
20
   turned over six audiotapes of Mr. Gutierrez-Montelongo's previous deportation proceedings.
21
   The defense needs time to review these audiotapes and perform legal research to determine
22
   whether there is any basis to challenge the underlying deportations. Mr. Gutierrez-Montelongo
23
   is charged with illegal reentry into the country in violation of 8 U.S.C. § 1326.
24
        For the foregoing reasons, the parties further stipulate and agree that the ends of justice
25
   are served by the continuance requested herein outweigh the best interest of the public and the
26

Stip re: Continue and Exclude Time         1

1  defendant in a speedy trial because the failure to grant the continuance would deny the counsel
2  for the defendant the reasonable time necessary for effective preparation and would deny the
3  defendant continuity of counsel, taking into account the exercise of due diligence.  The parties
4  therefore stipulate and agree that time should be excluded pursuant to 18 U.S.C. §§
5  3161(h)(8)(A) and (B)(iv).

7  _August 7, 2008_                                             _/s/ Ned Smock_
   Date                                                          Ned Smock
8                                                                Assistant Federal Public Defender

9  _August 7, 2008_                                             _/s/ Wade Rhyne_
10 Date                                                          Wade M. Rhyne
                                                                 Assistant United States Attorney

12     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

       Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation and deny the defendant continuity of counsel, taking into account the exercise of due diligence.  The Court makes this finding because defense counsel needs time to review the details of the defendant's previous deportations and research possible defenses.

       Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to September 3, 2008, and that time is excluded from August 13, 2008 to September 3, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

       IT IS SO ORDERED.

       8/8/08                                                    _Claudia Wilken_
26     Date                                                      Honorable Claudia Wilken

Stip re: Continue and Exclude Time                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

                              Judge, United States District Court
                              Northern District of California

Stip re: Continue and Exclude Time                3