1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant PRIMITIVO GUTIERREZ-MONTELONGO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-08-0065 CW
                                    )
12            Plaintiff,            )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER FOR CONTINUANCE AND**
13 vs.                              )   **EXCLUSION OF TIME UNDER THE**
                                    )   **SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET.**
14 PRIMITIVO GUTIERREZ-MONTELONGO,) **SEQ.**
                                    )
15            Defendant.            )   Current Date: September 3, 2008
   _____)   Requested Date: September 17, 2008
16

17        The parties in the above-captioned matter are scheduled to appear before the Court on

18 September 3, 2008.  The parties stipulate and agree that the matter should be continued to

19 September 17, 2008 because the defense needs additional time to review records of previous

20 deportation proceedings and research possible challenges to the underlying deportations.  Mr.

21 Gutierrez-Montelongo is charged with illegal reentry into the country in violation of 8 U.S.C. §

22 1326.  Thus far, the government has turned over seven audiotapes of deportation proceedings,

23 and one additional tape is being provided to the defense today.  The defense needs time to

24 complete its review of those records and to speak with Mr. Gutierrez-Montelongo about his

25 options.

26        For the foregoing reasons, the parties further stipulate and agree that the ends of justice

Stip re: Continue and Exclude Time            1

are served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation and would deny the defendant continuity of counsel, taking into account the exercise of due diligence. The parties therefore stipulate and agree that time should be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated:  August 26, 2008    /s/ Ned Smock
Ned Smock
Assistant Federal Public Defender

Dated:  August 26, 2008    /s/ Wade Rhyne
Wade M. Rhyne
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation and deny the defendant continuity of counsel, taking into account the exercise of due diligence. The Court makes this finding because defense counsel needs time to review the details of the defendant's previous deportations and research possible defenses.

Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to September 3, 2008, and that time is excluded from September 3, 2008 to September 17, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.


Dated: _____, 2008    _____
HONORABLE CLAUDIA WILKEN
United States District Judge

Stip re: Continue and Exclude Time        2