1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant PRIMITIVO GUTIERREZ-MONTELONGO
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   No. CR-08-0065 CW
                                       )
12             Plaintiff,              )   **STIPULATION AND ORDER FOR**
                                       )   **CONTINUANCE AND EXCLUSION OF**
13 vs.                                 )   **TIME UNDER THE SPEEDY TRIAL**
                                       )   **ACT, 18 U.S.C. 3161 ET. SEQ.**
14 PRIMITIVO GUTIERREZ-                )
   MONTELONGO,                         )   Current Date: September 3, 2008
15                                     )   Requested Date: September 17, 2008
               Defendant.              )
16 _____

17
        The parties in the above-captioned matter are scheduled to appear before the Court on
18
   September 3, 2008. The parties stipulate and agree that the matter should be continued to
19
   September 17, 2008 because the defense needs additional time to review records of previous
20
   deportation proceedings and research possible challenges to the underlying deportations. Mr.
21
   Gutierrez-Montelongo is charged with illegal reentry into the country in violation of 8 U.S.C. §
22
   1326. Thus far, the government has turned over seven audiotapes of deportation proceedings,
23
   and one additional tape is being provided to the defense today. The defense needs time to
24
   complete its review of those records and to speak with Mr. Gutierrez-Montelongo about his
25
   options.
26

   Stip re: Continue and Exclude Time              1

1    For the foregoing reasons, the parties further stipulate and agree that the ends of justice
2 are served by the continuance requested herein outweigh the best interest of the public and the
3 defendant in a speedy trial because the failure to grant the continuance would deny the counsel
4 for the defendant the reasonable time necessary for effective preparation and would deny the
5 defendant continuity of counsel, taking into account the exercise of due diligence.  The parties
6 therefore stipulate and agree that time should be excluded pursuant to 18 U.S.C. §§
7 3161(h)(8)(A) and (B)(iv).

8    Dated:  August 26, 2008                             /s/ Ned Smock
                                                         Ned Smock
9                                                        Assistant Federal Public Defender

10   Dated:   August 26, 2008                            /s/ Wade Rhyne
                                                         Wade M. Rhyne
11                                                       Assistant United States Attorney

12       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.
13
         Based on the reasons provided in the stipulation of the parties above, the Court hereby
14
FINDS that the ends of justice served by the continuance requested herein outweigh the best
15
interest of the public and the defendant in a speedy trial because the failure to grant the
16
continuance would deny the counsel for the defendant the reasonable time necessary for effective
17
preparation and deny the defendant continuity of counsel, taking into account the exercise of due
18
diligence.  The Court makes this finding because defense counsel needs time to review the
19
details of the defendant's previous deportations and research possible defenses.
20
         Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter
21
is continued to **September 17, 2008**, and that time is excluded from September 3, 2008 to
22
September 17, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).
23
         IT IS SO ORDERED.
24
              8/28
25
     Dated: _____, 2008                    _____
26                                              HONORABLE CLAUDIA WILKEN

Stip re: Continue and Exclude Time              2

1     United States District Judge
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Stip re: Continue and Exclude Time        3